FORM L70 Notice of Entry of Order of Dismissal (v.2.13)

14–10744 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF ENTRY OF ORDER OF DISMISSAL

**Case Number:**    14–10744 – B – 13

**Debtor Name(s), Social Security Number(s), and Address(es):**

Buford Earl Land
xxx–xx–8545

PO Box 2545
California City, CA 93504

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Time Financial Services
Land Financial Services
Land Realty
Time Insurance Services
Time Real Estate

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Buford Earl Land was entered on the docket in this case on December 5, 2014.   The document number and docket text for this order are set forth below.

**[85] – Civil Minute Order Granting 72 Motion/Application To Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM–2] (jgis)**
**[85] – Civil Minute Order Granting 72 Motion/Application to Dismiss Case [MHM–2] (jgis)**

Dated:
12/5/14

For the Court,
Wayne Blackwelder , Clerk